■ CITIZENS SAVINGS BANK, Respondent, v MILO EQUITIES, LTD., et al., Defendants, and LEONARD HORWITZ et al.,

Appellants. [731 NYS2d 642] —In an action to foreclose a mortgage, the defendants Leonard Horwitz and Marjorie Horwitz appeal from an order of the Supreme Court, Dutchess County (Beisner, J.), dated May 16, 2000, which granted the plaintiff's motion for a deficiency judgment.

Ordered that the order is affirmed, with costs.

We agree with the Supreme Court that the plaintiff was entitled to a deficiency judgment (*see,* RPAPL 1371). The equitable considerations raised by the appellants do not warrant a modification of the deficiency judgment (*see, Trustco Bank, Natl. Assn. v Sack,* 270 AD2d 252; *cf., Aetna Life Ins. Co. v Avalon Orchards,* 118 AD2d 297). O'Brien, J. P., Friedmann, Smith and Cozier, JJ., concur.